1   Neal R. Marder (SBN: 126879)
    nmarder@winston.com
2   Drew A. Robertson (SBN: 266317)
    darobertson@winston.com
3   WINSTON & STRAWN LLP
    333 S. Grand Avenue
4   Los Angeles, CA 90071-1543
    Telephone:   (213) 615-1700
5   Facsimile:   (213) 615-1750

6   T. Thomas Cottingham, III*
    Stacie C. Knight*
7   WINSTON & STRAWN LLP
    214 N. Tryon Street, Suite 2200
8   Charlotte, NC 28202
    Telephone:   (704) 350-7700
9   Facsimile:   (704) 370-7800

10  *Pro Hac Vice applications to be submitted

11  ATTORNEYS FOR DEFENDANTS
    WELLS FARGO BANK, N.A.;
12  WELLS FARGO HOME MORTGAGE;
    AMERICA'S SERVICING COMPANY; and
13  WACHOVIA BANK, FSB, f/k/a
    WORLD SAVINGS BANK, FSB (Texas)
14  and n/k/a WELLS FARGO BANK SOUTH
    CENTRAL, N.A.

15              UNITED STATES DISTRICT COURT

16              CENTRAL DISTRICT OF CALIFORNIA

17

18  LUIS MIRELES, et al.,                    Case No.
                                             CV11- 07720 MMM (FMOx)
19            Plaintiffs,

20        v.

21  WELLS FARGO BANK, N.A.; WELLS
    FARGO HOME MORTGAGE; AMERICA'S
22  SERVICING COMPANY; WACHOVIA        CORPORATE DISCLOSURE
    MORTGAGE, FSB; WACHOVIA BANK,      STATEMENT AND NOTICE OF
23  FSB; GOLDEN WEST FINANCIAL         INTERESTED PARTIES PURSUANT TO
    CORPORATION; WORLD SAVINGS BANK,   FRCP 7.1(b) AND LOCAL RULE 7-1
24  FSB; WORLD SAVINGS, INC.; CAL-
    WESTERN RECONVEYANCE
25  CORPORATION; and DOES 1 through 100,
    inclusive,
26
              Defendants.
27                                           Complaint Filed:  August 16, 2011

28        Pursuant to Local Rule 7.1, the undersigned, counsel of record for Defendants Wells Fargo

Winston & Strawn LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543

COPY

DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS

Case 2:11-cv-07720-MMM -FMO   Document 2   Filed 09/16/11   Page 2 of 3   Page ID #:307

Winston & Strawn LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543

1   Bank, N.A.; Wells Fargo Home Mortgage; America's Servicing Company; and Wachovia Bank,

2   FSB, formerly known as World Savings Bank, FSB (Texas) and now known as Wells Fargo Bank

3   South Central, N.A.,[1] certifies that the following listed parties may have a pecuniary interest in the

4   outcome of this case.  These representations are made to enable the Court to evaluate possible

5   disqualification or recusal.

6

7          WFC Holdings Corporation: Holds a majority of stock in Wells Fargo Bank, N.A.

8          Wells Fargo & Company:  Owns more than 10% of the stock of Wells Fargo Bank, N.A.

9

10

11  Dated:  September 16, 2011              WINSTON & STRAWN LLP

12                                          By: _____

13                                             Neal R. Marder
                                               Drew A. Robertson
14                                             Attorneys for Defendants
                                               WELLS FARGO BANK, N.A.;
15                                             WELLS FARGO HOME
                                               MORTGAGE;
16                                             AMERICA'S SERVICING
                                               COMPANY; and WACHOVIA
17                                             BANK, FSB, f/k/a WORLD
                                               SAVINGS BANK, FSB (Texas) and
18                                             n/k/a WELLS FARGO BANK
                                               SOUTH CENTRAL, N.A.
19

20

21

22

23

24

25

26

27

28  [1] As set forth in the September 15, 2011 Declaration of Michael J. Dolan, Wachovia Mortgage, FSB,
    World Savings Bank, FSB, Golden West Financial Corporation, and World Savings, Inc. no longer
    exist.

                                             2
    _____
    DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS

## CERTIFICATE OF SERVICE BY FIRST-CLASS MAIL

I am over the age of 18 and not a party to the within action.  I am employed in the County of Los Angeles, State of California, by Winston & Strawn LLP.  My business address is 333 S. Grand Avenue, Los Angeles, CA 90071-1543.

On September 16, 2011, in the County of Los Angeles, California, I served the foregoing document entitled **NOTICE OF INTERESTED PARTIES PURSUANT TO LOCAL RULE 7-1** by placing a true and correct copy thereof in an envelope addressed as follows:

> **BROOKSTONE LAW, PC**
> Attention:  Vito Torchia, Jr.
> Attention:  Joshua Shelton
> 4000 MacArthur Boulevard, Suite 1110
> Newport Beach, CA 92660

*Lura La Cour*

Lura La Cour

Winston & Strawn LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543

3

**DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS**